UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-21478-JB

FRANKLIN JOSE JIMENEZ BRACHO,

    Petitioner,

v.

MIKE MEADE, *et al.*,

    Respondents.

_____/

## ORDER TO STAY PROCEEDINGS AND ADMINISTRATIVELY CLOSE CASE

**THIS CAUSE** came before the Court upon Petitioner's Unopposed Motion to Hold in Abeyance Pending Resolution of Class Litigation in *W.M.M. v. Trump* (the "Motion"), ECF No. [19]. Petitioner alleges that he is a native and citizen of Venezuela, and "was taken into federal immigration custody in March 2025" and "refused to sign" a "notice that he was being detained under the AEA [Alien Enemies Act, 50 U.S.C. § 21.]" *Id.* at ¶ 2; Petitioner's March 19, 2025, Notice and Warrant of Apprehension and Removal Under the Alien Enemies Act, ECF No. [19-1] at 1. Petitioner alleges that he was transferred from Krome Service Processing Center to Bluebonnet Detention Facility in the Northern District of Texas on April 15, 2025, and remained there until May 3, 2025. ECF No. [19] at ¶¶ 3–4. On July 2, 2025, Petitioner was served again with an AEA Notice requiring that he challenge his detention by filing a writ of habeas corpus in the Southern District of Florida, where Petitioner is currently detained, within seven days. *Id.* at ¶ 9; Petitioner's July 2, 2025, Notice and Warrant of Apprehension and Removal Under the Alien Enemies

Act, ECF No. [19-3] at 1. The Court then held a status conference on July 7, 2025. ECF No. [17].

In the Motion, Petitioner asserts that on July 22, 2025, the Government "agreed that [Petitioner] would not be removed from the United States pending the resolution of *W.M.M. v. Trump*." ECF No. [19] at ¶ 10.[1] As such, Petitioner requests an abeyance of this action pending resolution in *W.M.M. v. Trump* in the Fifth Circuit Court of Appeals. *Id.* at 3.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. This action is **STAYED** until further notice.

2. The parties shall file joint status reports every sixty (60) days from the date of this Order.

3. The Government shall not remove Petitioner from the United States while this action is stayed.

4. The parties shall notify the Court within five (5) days of any resolution in *W.M.M. v. Trump*, No. 25-10534 (5th Cir. arg'd June 30, 2025).

5. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida this 29th day of July, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

---

[1] On May 16, 2025, the Supreme Court of the United States enjoined the government from removing a putative class of Venezuelan national detainees in the Northern District of Texas, who sought injunctive relief against removal under the AEA, pending an adjudication of *W.M.M. v. Trump*, No. 25-10534 (5th Cir. arg'd June 30, 2025). *A.A.R.P. v. Trump*, 605 U.S. ___, 145 S. Ct. 1364 (2025).